AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

Dante Y. Bocanegra,

      Plaintiff,

- against -

Jewish Home and Hospital Manhattan,
Jewish Home Lifecare Development Corp.,
and Jewish Home and Hospital Foundation,
      Defendants.

**APPEARANCE**

Case Number: 08 Civ. 4692 (RPP)

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for   defendants:

Jewish Home and Hospital Manhattan, Jewish Home Lifecare Development Corp., and Jewish Home and Hospital Foundation.

I certify that I am admitted to practice in this court.

June 17, 2008
Date

Signature

David H. Diamond
Print Name
Proskauer Rose LLP
1585 Broadway
Address

New York, NY     10036
City     State     Zip Code

(212) 969-3775     (212) 969-2900
Phone Number     Fax Number