06/16/2008  17:16   12125874169          LAW_OFFICES                    PAGE  01/01

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/18/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - X
Dante Y. Bocanegra,

      Plaintiff,

 - against -

Jewish Home and Hospital Manhattan, Jewish
Home Lifecare Development Corp., and Jewish
Home and Hospital Foundation,

      Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

STIPULATION TO EXTEND
TIME TO ANSWER

08 Civ. 4692 (RPP)

IT IS HEREBY STIPULATED AND AGREED by and between the attorneys for

Plaintiff, Dante Y. Bocanegra, and for Defendants, Jewish Home and Hospital Manhattan, et al.,

that Defendants' time to answer the Complaint or to otherwise move shall be extended to and

including July 11, 2008.

Dated:  New York, New York
    June 16, 2008

AKIN & SMITH LLC

By _____
Ismael S. Sekendiz
Attorney for Plaintiff
305 Broadway
New York, NY 10001
(212) 587-0760
akin99@yahoo.com

PROSKAUER ROSE LLP

By _____
David H. Diamond
Attorney for Defendants
1585 Broadway
New York, NY 10036
(212) 969-3775
ddiamond@proskauer.com

SO ORDERED:

_____
U.S.D.J.