UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------- x
DANTE Y. BOCANEGRA,

                Plaintiff,

        v.

JEWISH HOME AND HOSPITAL
MANHATTAN, JEWISH HOME LIFECARE
DEVELOPMENT CORP AND, JEWISH HOME
AND HOSPITAL FOUNDATION,

                Defendants.
------------------------------------------------- x

Civil Action No. 1:08-cv-4692 (RPP)

**NOTICE OF APPEARANCE**

**ECF CASE**

**TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:**

Please enter my appearance as counsel in this case on behalf of Defendant Jewish Home Lifecare (improperly pled as "Jewish Home and Hospital Manhattan, Jewish Home Lifecare Development Corp., and Jewish Home and Hospital Foundation"). I certify that I am admitted to practice in this Court.

Dated: New York, New York
       July 10, 2008

                              PROSKAUER ROSE LLP

                              By: s/*Mark A. Saloman*
                                   Mark A. Saloman (msaloman@proskauer.com)
                                   1585 Broadway
                                   New York, New York 10036
                                   (212) 969-3000

                                   Attorneys for Defendant
                                     *Jewish Home Lifecare*

## **CERTIFICATE OF SERVICE**

The undersigned certifies that on the below date, he did cause a true and correct copy of the foregoing **Notice of Appearance** to be served via this Court's Electronic Case Filing system upon counsel for Plaintiff.

Dated:   July 10, 2008

        PROSKAUER ROSE LLP

        By:   s/*Mark A. Saloman*
          Mark A. Saloman (msaloman@proskauer.com)
          1585 Broadway
          New York, New York 10036
          (212) 969-3000

        *Counsel for Defendant*
         *Jewish Home Lifecare*