PROSKAUER ROSE LLP
David Diamond (ddiamond@proskauer.com)
Mark A. Saloman (msaloman@proskauer.com)
1585 Broadway
New York, New York 10036
(212) 969-3000
Attorneys for Defendant
*Jewish Home Lifecare*

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**

------------------------------------- x

DANTE Y. BOCANEGRA,                    : Civil Action No. 1:08-cv-4692 (RPP)
              Plaintiff,               :
                                       : **RULE 7.1 STATEMENT**
     v.                                :
                                       : **ECF CASE**
JEWISH HOME AND HOSPITAL               :
MANHATTAN, JEWISH HOME LIFECARE        :
DEVELOPMENT CORP, and JEWISH HOME      :
AND HOSPITAL FOUNDATION,               :
                                       :
              Defendants.              :
                                       :
------------------------------------- x

     Pursuant to Rule 7.1(a) of the Federal Rules of Civil Procedure and to enable District Judges and Magistrate Judges of this Court to evaluate possible disqualification or recusal, undersigned counsel for Defendant Jewish Home Lifecare (improperly pled as "Jewish Home and Hospital Manhattan, Jewish Home Lifecare Development Corp., and Jewish Home and Hospital Foundation"), certifies that the foregoing corporate defendant has no parents, affiliates, and/or subsidiaries that are publicly held.

Dated: New York, New York
       July 10, 2008

                    PROSKAUER ROSE LLP

                    By:     *s/Mark A. Saloman*
                          Mark A. Saloman (msaloman@proskauer.com)
                          1585 Broadway
                          New York, New York 10036
                          (212) 969-3000

                    *Counsel for Defendant*
                      *Jewish Home Lifecare*

## CERTIFICATE OF SERVICE

The undersigned certifies that on the below date, he did cause a true and correct copy of the foregoing **Rule 7.1 Statement** to be served via this Court's Electronic Case Filing system upon counsel for Plaintiff.

Dated:   July 10, 2008

By:   *s/Mark A. Saloman*
Mark A. Saloman(msaloman@proskauer.com)
1585 Broadway
New York, New York 10036
(212) 969-3000

*Counsel for Defendant*
*Jewish Home And Hospital Lifecare*